# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

| | |
|---|---|
| **Place of Offense:** Brockton, MA | **Category No.** II   **Investigating Agency** FBI |
| **City** Brockton | |
| **County** Plymouth | |

**Related Case Information:**
- Superseding Ind./ Inf. _____  Case No. _____
- Same Defendant _____  New Defendant _____
- Magistrate Judge Case Number: 25-mj-3190-JDH
- Search Warrant Case Number: _____
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

## Defendant Information:

**Defendant Name:** Raymond F. Clinton, Jr   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** Brockton, MA

**Birth date (Yr only):** 1952   **SSN (last 4#):** ____   **Sex:** M   **Race:** ____   **Nationality:** US

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** David G. Tobin   **Bar Number if applicable:** 552558

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Plymouth County Jail

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at Plymouth County Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ____   ☐ Misdemeanor ____   ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 8/8/2025   **Signature of AUSA:** /s/ David G. Tobin

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Raymond F. Clinton, Jr

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) & (e) | Sexual exploitation of children | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013